ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELDRIDGE KEEN MASSINGTON II | NO. |

FILED-USDC-NDTX-DA
'24 JAN 23 PM4:55

**INDICTMENT** 3-24CR0021-E

The Grand Jury charges:

Count One
Possession of Counterfeit or Fraudulent Immigration Documents
(Violation of 18 U.S.C. § 1546(a))

On or about December 28, 2023, in the Dallas Division of the Northern District of Texas, the defendant, **Eldridge Keen Massington II**, did knowingly possess a nonimmigrant U.S. passport, namely U.S. passport cards bearing the image of the defendant but identities of K.G., E.D., and B.H., knowing said document was counterfeited or falsely made and was unlawfully obtained.

In violation of 18 U.S.C. § 1546(a).

<u>Count Two</u>
Possession of Counterfeit or Fraudulent Immigration Documents
(Violation of 18 U.S.C. § 1546(a))

On or about December 28, 2023, in the Dallas Division of the Northern District of Texas, the defendant, **Eldridge Keen Massington II**, did knowingly possess a nonimmigrant social security card, knowing said document was procured by fraud or was unlawfully obtained.

In violation of 18 U.S.C. § 1546(a).

A TRUE BILL:

FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

LUIS A. SUAREZ
Assistant United States Attorney
State of Texas Bar No. 24117110
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Tel: 214-659-8666
Fax: 214-659-8773
Email: luis.suarez4@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

ELDRIDGE KEEN MASSINGTON II

---

INDICTMENT

18 U.S.C. § 1546(a)
Possession of Counterfeit or Fraudulent Immigration Documents
(Count 1)

18 U.S.C. § 1546(a)
Possession of Counterfeit or Fraudulent Immigration Documents
(Count 2)

2 Counts

---

A true bill rendered

DALLAS FOREPERSON

Filed in open court this 23rd day of January, 2024.

**Warrant to be Issued - In State Custody**

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:23-MJ-1111-BK