IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | Case number: 3:24-CR-00021-E |
| | § | |
| ELDRIDGE KEEN MASSINGTON, II, | § | |
|    Defendant. | § | |

## ORDER ON MOTION FOR CONTINUANCE

The Court grants Defendant's Unopposed Motion to Continue Trial Setting filed **January 21, 2025 [ECF No. 38],** and the trial of this case is reset from **February 3, 2025 to April 7, 2025, at 9:00 a.m.** The Court finds that granting this motion for continuance serves the ends of justice. This period of delay shall be excluded in computing the time within which the trial must commence. The final pretrial conference is reset for **April 4, 2025 at 9:00 a.m.** Pretrial motions are due no later than **February 17, 2025**. Responses to pretrial motions are due no later than **March 3, 2025**. Any reply must be filed by **March 10, 2025**.

Additionally, this order is based on the Court's findings that: 1) failure to grant the motion for continuance would result in a miscarriage of justice; 2) it is unreasonable to expect adequate pre-trial proceedings or trial within the time limits of the Speedy Trial Act 18 U.S.C. § 3161-3174; 3) failure to grant the motion for continuance would otherwise deny the defendant the reasonable time necessary for effective trial preparation, taking into account the exercise of due diligence by counsel.

This Court allows counsel to conduct the bulk of voir dire. The following must be filed no later than **March 24, 2025**: 1) any specific voir dire questions, counsel wishes to have the Court

ask the venire panel; 2) any proposed jury instructions 3) all witness lists (with witnesses designated as "probable witnesses," "possible witnesses," "experts" and "record custodians"); 4) all exhibit lists (with courtesy copies of exhibits furnished to the Court and opposing parties); 5) and any motions in limine.

    All other portions of the Court's Original Pre-trial order remain in effect.

    **SO ORDERED.**

    Signed the January 21, 2025.

                                        ADA BROWN
                                        UNITED STATES DISTRICT JUDGE
                                        NORTHERN DISTRICT OF TEXAS