E

ORIGINAL

FILED-USDC-NDTX-DA
'25 SEP 2 AM11:05
KM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 3:24-CR-00021-E |
| v. | **(Supersedes Indictment filed on 1/23/24)** |
| ELDRIDGE KEEN MASSINGTON II | |

**SUPERSEDING INFORMATION**

The United States Attorney charges:

At all times relevant to the superseding information:

Count One
Bank Fraud
(Violation of 18 U.S.C. § 1344(2))

On or about October 5, 2023, in the Dallas Division of the Northern District of Texas, the defendant, **Eldridge Keen Massington II**, did knowingly execute a scheme and artifice to obtain monies, funds, credits, assets, and other property owned by and under the custody and control of a financial institution, namely, JPMorgan Chase Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, by means of materially false and fraudulent pretenses, representations, and promises, in that **Eldridge Keen Massington II**, fraudulently applied for an auto loan in the name of K.G., using K.G.'s date of birth and social security number, and utilizing a fraudulently created state identification card. As a result of the false and fraudulent pretenses, representations, and promises made, JPMorgan Chase Bank suffered a potential loss of approximately $48,615.00.

In violation of 18 U.S.C. § 1344(2).

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

LUIS A. SUAREZ
Assistant United States Attorney
Texas State Bar No. 24117110
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel: 214-659-8600
Email: Luis.Suarez4@usdoj.gov