E
ORIGINAL
FILED-USDC-NDTX-DA
'25 SEP 2 AM 10:46
KM

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

ELDRIDGE KEEN MASSINGTON II

CASE NO. 3:24-CR-00021-E

## FACTUAL RESUME

In support of Eldridge Keen Massington, II's plea of guilty to the offense in Count One of the superseding information, Massington, the defendant, Laura Harper, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count One of the superseding information, charging a violation of 18 U.S.C. § 1344(2), that is, Bank Fraud, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First*. That the defendant knowingly executed a scheme or artifice;

*Second*. That the scheme or artifice was executed to obtain monies or other property from a financial institution, as alleged in the indictment;

*Third*. That the scheme or artifice was executed by means of false or fraudulent pretenses, representations, and promises; and

*Fourth*. That the false or fraudulent pretenses, representations, and promises were material.

[1] Fifth Circuit Pattern Jury Instruction 2.67B (5th Cir. 2024).

**STIPULATED FACTS**

1. Eldridge Keen Massington, II admits and agrees that October 5, 2023, in the Dallas Division of the Northern District of Texas, he did knowingly execute a scheme and artifice to obtain monies, funds, credits, assets, and other property owned by and under the custody and control of a financial institution, namely, JPMorgan Chase Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, by means of materially false and fraudulent pretenses, representations, and promises, in that Eldridge Keen Massington, II, fraudulently applied for an auto loan in the name of K.G., using K.G.'s date of birth and social security number, and utilizing a fraudulently created state identification card. As a result of the false and fraudulent pretenses, representations, and promises made, JPMorgan Chase Bank suffered an intended loss of approximately $48,615.00, in violation of 18 U.S.C. § 1344(2).

2. Massington admits and agrees that on or about October 28, 2023, he entered a Regions Bank in Dallas, Texas and attempted to open an account using a United States passport card purporting to belong to K.G. Regions Bank employees contacted K.G., who confirmed that he was the victim of identity theft and that he did not authorize the defendant to open, or attempt to open, an account in his name.

3. Massington further admits and agrees that on or about December 28, 2023, Dallas police officers located and arrested the defendant while he was driving a 2023 black Jeep Grand Cherokee, VIN ending in 515504 (Jeep). In the Jeep, officers located a United States passport card, Florida driver's license, and a PNC bank debit card all in K.G.'s name.

4. The United States passport card in the identity of K.G. contained K.G.'s real date of birth and real name, but a picture of Massington.

5. Massington further admits and agrees that he purchased the Jeep from Grapevine Dodge Chrysler Jeep in Grapevine, Texas, which is within the Dallas Division of the Northern District of Texas.

6. Massington admits and agrees that he fraudulently applied for an auto loan from JPMorgan Chase Bank in the amount of approximately $48,615.00 on October 5, 2023, while at Grapevine Dodge Chrysler Jeep. Specifically, Massington knowingly utilized a fraudulently created identification card with K.G.'s real date of birth and social security number to secure funds from JPMorgan Chase Bank. As a result of Massington's fraudulent representations that he was K.G. and Massington's presentation of the fraudulent identification card, JPMorgan Chase Bank authorized a $48,615.00 loan in the name of K.G. for the purchase of the Jeep.

7. Massington further admits and agrees that his false representation that he was K.G. and his use of a fraudulently created identification card with K.G.'s date of birth and social security number was material and that JPMorgan Chase Bank relied on those material false representations when issuing the auto loan in the name of K.G.

8. Massington further admits and agrees that at all relevant times, the deposits of JPMorgan Chase were insured by the Federal Deposit Insurance Corporation and that JPMorgan Chase was a "financial institution" as defined in 18 U.S.C. § 20.

9. The defendant agrees that the defendant committed all the essential elements of the offense. This factual resume is not intended to be a complete accounting

of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count One of the superseding information.

AGREED TO AND STIPULATED on this 28th day of August, 2025.

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

ELDRIDGE KEEN MASSINGTON II
Defendant

LUIS A. SUAREZ
Assistant United States Attorney
24117110 Texas State Bar No.
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel: 214-659-8600
Email: Luis.Suarez4@usdoj.gov

LAURA HARPER
Attorney for Defendant